UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

v.                                                                               No. 3:07-CR-54-J-20MCR

**TROY DEVON SLAY**
_____/

## Order Granting Defendant's Motion for Prison-Term Reduction Under 18 U.S.C. § 3582(c)(2) Based on USSG Amend. 782

Before this Court is Defendant's "Motion for Modification and/or Reduction of Terms of Sentence Pursuant to Title 18 U.S.C. § 3582(c)(2) and Minus 2 Levels for All Drugs" (Dkt. 65) and "Motion for Sentence Reduction under Amendment 782" (Dkt. 70). Both motions are based on USSG Amend. 782, a retroactive guideline amendment, *see* USSG §1B1.10(d) (2014). The United States has filed a response in which it maintains this Court "has authority to reduce Slay's sentence to the bottom of his amended guidelines range." (Dkt. 71, pg. 3).

This Court agrees with the parties that Defendant is eligible for a reduction and adopts the amended guideline calculations from the January 26, 2015 memorandum from the United States Probation Office—57 to 71 months. (Dkt. 67).

Having reviewed the facts in both the original presentence investigation report and the January 26, 2015 memorandum from the United States Probation Office in light of the factors in 18 U.S.C. § 3553(a) and the need to consider the nature and seriousness of any danger posed by a reduction, *see* USSG §1B1.10, comment. (n.1(B)(ii)), this Court finds that a reduction of _21_ months is warranted. Consistent with USSG §1B1.10(e)(1), and in light of the practical difficulties of a possible release date on Sunday, November 1, 2015, the effective date of this order is November 2, 2015.

Accordingly, it is **ORDERED**:

(1) Defendant's "Motion for Modification and/or Reduction of Terms of Sentence Pursuant to Title 18 U.S.C. § 3582(c)(2) and Minus 2 Levels for All Drugs" (Dkt. 65) and "Motion for Sentence Reduction under Amendment 782" (Dkt. 70) are **GRANTED**;

(2) This Court reduces Defendant's prison term from 78 to __57th__ months or time served, whichever is greater.

(3) The effective date of this Order is November 2, 2015.

**DONE AND ORDERED** at Jacksonville, Florida, this __16th__ day of September, 2015.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Conrad Kahn, Esq.
Michelle Taylor, Esq.
U.S. Probation Office
Bureau of Prisons
U.S. Marshal's Office